CO-386
10/2018

# United States District Court
# For the District of Columbia

THE NATHAN CUMMINGS FOUNDATION )
Plaintiff )
vs ) Civil Action No. 1:26-cv-501
AXON ENTERPRISE, INC. )
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for plaintiff The Nathan Cummings Foundation certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of The Nathan Cummings Foundation which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Cornish F. Hitchcock
Signature

238824
BAR IDENTIFICATION NO.

Cornish F. Hitchcock
Print Name

5614 Connecticut Avenue, NW # 304
Address

Washington, DC 20015
City State Zip Code

(202) 489-4813
Phone Number