**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NATHAN CUMMINGS FOUNDATION, INC.<br>Plaintiff,<br>v.<br>AXON ENTERPRISE, INC.,<br>Defendant. | Case No. 1:26-CV-00501 (ACR) |

**RULE 26.1 CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT AXON ENTERPRISE, INC.**

Pursuant to Rule 26.1 of the Local Rules of United States District Court for the District of Columbia, the undersigned counsel of record for Defendant Axon Enterprise, Inc. ("Axon") certifies that Axon is a publicly traded company on the National Association of Securities Dealers Automated Quotations ("NASDAQ") under the symbol AXON. Axon does not have a parent corporation. Vanguard Group Holdings, Inc. owns 10% or more of its stock.

Dated: February 25, 2026

/s/ Jeffrey A. Rosen

Jeffrey A. Rosen
Cravath, Swaine & Moore LLP
1601 K Street NW
Washington, D.C. 20006
Tel: (202) 869-7700
Email: jrosen@cravath.com

*Attorney for Axon Enterprise, Inc.*