UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATHAN CUMMINGS FOUNDATION, INC.<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AXON ENTERPRISE, INC.,<br><br>　　　　　　　Defendant. | Case No. 1:26-CV-00501 (ACR) |

**AXON'S MOTION TO RESCHEDULE THE MARCH 4, 2026 HEARING ON PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**

　　Following the Court's March 2, 2026 Order, Defendant Axon Enterprise, Inc. ("Axon") moves to reschedule the hearing on Plaintiff's Motion for Injunctive Relief, which is currently scheduled for March 4, 2026 at 2 p.m.  Axon respectfully requests that the Court reschedule the hearing to March 10 or March 11 (or if necessary March 12), 2026, or to another date thereafter convenient to the Court, so that Axon may have a company witness available in person to testify as to its record collection and retrieval capabilities.  This is Axon's first motion requesting an extension of time in this case; it is also the first such motion by any party in this case.  *See* Standing Order in Civil Cases § 9(b)(i)-(ii) ("Standing Order").  Plaintiff objects to Axon's request.  *See id.* § 9(b)(vi).

　　Good cause exists for Axon's request.  *See* Fed. R. Civ. P. 6(b)(1); Standing Order § 9(b)(iii).  The Court's March 2, 2026 Order requires a company witness (or witnesses) to testify in person at the hearing "as to Axon's record collection and retrieval capabilities".  Axon is currently evaluating the witness (or witnesses) who can testify as to those topics, but has not

identified a suitable witness available in time to testify in person at the March 4, 2026 hearing. Among other reasons, relevant company witnesses are located in Arizona, where Axon is headquartered, and will need to travel to attend the hearing in person, and research is necessary to adequately prepare for sworn testimony. In order to be most helpful to the Court, Axon respectfully requests until March 10 to provide an appropriate witness (or witnesses).

Moreover, Axon was not reasonably on notice until the Court's March 2, 2026 Order that the Court was directing it to call a witness that neither party had planned. Plaintiff stated in its Memorandum of Law in Support of Its Motion for Injunctive Relief, ECF 2-1, at 2, 15, that the record before the SEC is "the complete record for resolving what is essentially a legal question" and provides the Court "sufficient information" to decide the Motion. In its opposition, Axon agreed that the issues can be decided based on the "record before the agency." ECF 14, at 12. Axon therefore made plans to appear through counsel at the hearing on March 4, 2026 to present legal argument and has not prepared for an evidentiary hearing.

This extension of time will not delay any judicially ordered deadlines or otherwise prejudice Plaintiff's rights. *See* Standing Order § 9(b)(iv). There are no other existing deadlines that will require rescheduling as a result of granting this Motion. Indeed, the proxy materials are not due until April 16, which leaves approximately five weeks from Axon's proposed hearing dates for the Court to rule on Plaintiff's Motion for Injunctive Relief. *See* ECF 2-1, at 1 (Plaintiff's statement that April 16, 2026 is when the proxy materials are due).

Counsel for Axon has conferred with Plaintiff's counsel, who authorized us to state that Plaintiff consents, subject to Court approval, to an adjournment of the hearing by one day, to Thursday, March 5. *See* Standing Order § 9(b)(vi); *see also* LCvR 7(m). For the reasons given

above, a one-day extension would be insufficient because Axon likewise has not identified a suitable witness available in time to testify in person on March 5, 2026 either. In addition, Axon's requested extension of time will also give the parties more time to meet and confer regarding a potential resolution.

Axon also notes that this Motion is submitted less than four days before the Hearing. Compelling cause for excusing the four-day rule exists because the Court's Order was issued yesterday. *See* Standing Order § 9(d).

Dated: March 3, 2026

*/s/ Jeffrey A. Rosen*

Jeffrey A. Rosen (D.C. Bar 367245)
Cravath, Swaine & Moore LLP
1601 K Street NW
Washington, D.C. 20006
Tel: (202) 869-7700
Email: jrosen@cravath.com

Antony L. Ryan (*pro hac vice*)
Lauren M. Rosenberg (*pro hac vice*)
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Email: aryan@cravath.com
Email: lrosenberg@cravath.com

*Attorneys for Axon Enterprise, Inc.*