UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE NATHAN CUMMINGS FOUNDATION, INC.

                Plaintiff,

    v.

AXON ENTERPRISE, INC.,

                Defendant.

Case No. 1:26-CV-00501 (ACR)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Further to this Court's order of March 2, 2026, the parties have engaged in good faith discussions and have reached a resolution relating to the allegations in this case. Accordingly, Plaintiff is today filing a notice of voluntary dismissal of its complaint with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

NCF commenced this action under Section 14(a) of the Securities Exchange Act of 1934 and the proxy rules thereunder, Rule 14a-8, seeking to require Axon to include a shareholder proposal relating to disclosure of political spending in its proxy materials. Axon's Board of Directors has agreed for the next five years to disclose publicly its policies and governance framework for political contributions and electoral spending made with corporate funds or corporate assets and to disclose the following, including the identity of the recipient as well as the amount paid:

1. direct contributions to federal or state political candidates, parties, and committees;
2. direct contributions to groups operating under Section 527 of the Internal Revenue Code, 26 U.S.C. § 527;

3. independent expenditures for public communications that expressly advocate the election or defeat of a federal or state political candidate and required to be reported under applicable federal or state campaign finance laws; and

4. direct contributions to ballot measure committees organized under applicable law.

Based on this resolution, NCF has agreed to forbear submitting further political spending shareholder proposals to Axon for the five-year period.

Dated: March 9, 2026                             Respectfully submitted,


                                                 /s/ *Richard A. Kirby*
                                                 _____

                                                 Richard A. Kirby (*pro hac vice*)
                                                 D.C. Bar No. 247759
                                                 R|K Invest Law, PBC
                                                 1725 I Street, NW - Suite 300
                                                 Washington, D.C. 20006
                                                 (202) 236-2854
                                                 Kirby@investlaw.net

                                                 *Attorney for Plaintiff The Nathan Cummings Foundation, Inc.*